UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN PAUL HANNA,

    Petitioner,

v.

                                    File No. 1:03-CV-443

JANETTE PRICE,                        HON. ROBERT HOLMES BELL

    Respondent.
                                        /

## O R D E R

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Respondent's objections to the Magistrate Judge's August 11, 2005 Report and Recommendation (Docket #42) are **OVERRULED** and the Report and Recommendation is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner is **GRANTED** a conditional writ of habeas corpus. Within 90 days of the entry of this judgment, the State of Michigan must provide Petitioner a new trial or release him.

Date:   November 17, 2005        /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                    CHIEF UNITED STATES DISTRICT JUDGE